Kenneth L. Covell
Law Offices of Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax:   (907) 451-7802
E-mail: covelladmin@gci.net
        kcovell@gci.net

Attorney for the Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA AT FAIRBANKS**

| | |
|---|---|
| MICHELE FRANDSEN, and others similarly situated.<br><br>Plaintiffs,<br>vs.<br><br>UNIVERSITY OF ALASKA FAIRBANKS, S. BRADLEY MORAN, Dean College of Fisheries and Ocean Science, in his official and individual capacities, and DOES 1-6<br><br>Defendant. | Case No. |

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

Plaintiff, Michele Frandsen, by and through her undersigned counsel, states her Complaint for violation of Constitutional Rights and alleges as follows:



Complaint for Violation of Constitutional Rights
Frandsen vs. University of Alaska Fairbanks
Page 1 of 6

### Jury Demand

Plaintiff demands that the case be submitted to jury trial for all issues triable by jury in this action pursuant to FRCP 38(b).

### COMPLAINT

### PARTIES

1) Plaintiff Michele Frandsen is, and was at all times relevant, a resident of the State of Alaska.

2) Defendant University of Alaska is an arm of the State of Alaska whose flagship campus is at Fairbanks Alaska.

3) Defendant S. Bradley Moran was at all times relevant, Dean of the college of Fisheries and Ocean Science of the University of Alaska Fairbanks.

### JURISDICTION

Plaintiff re-alleges and incorporates herein by reference all of the allegations above and further allege as follows:



LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

*Complaint for Violation of Constitutional Rights*
*Frandsen vs. University of Alaska Fairbanks*

4) The United States District Court has jurisdiction over this matter as a federal question pursuant to 28 U.S.C §1331.

5) The United States District Court has pendant jurisdiction over the Alaska State Law Claims pursuant to 28 U.S.C §1367(a).

## FACTS

6) Mrs. Frandsen worked for the University of Alaska for approximately 30 years in various capacities. Since approximately 2001 has worked for the Sea Grant program and at least since 2013, as a sea grant research coordinator.

7) Mrs. Frandsen was a regular, tenured employee of the University of Alaska.

8) Mrs. Frandsen had a constitutional property right in her job pursuant to *Loudermill v. Cleveland Board of Education*.

9) The Defendant's discharged Mrs. Frandsen on or about October of 2018 without affording her her appropriate due process rights under *Loudermill*.

10) This lawsuit presents a federal question.



LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

*Complaint for Violation of Constitutional Rights*
*Frandsen vs. University of Alaska Fairbanks*

## COUNT I

11) The Defendant's failure to honor Mrs. Frandsen's due process rights is a violation of her State and federal Constitutional rights and she is entitled to damages, reinstatement, lost wages, lost benefits especially including loss of increase value to her pension, and other damages as the court deems appropriate.

## COUNT II- VIOLATION OF 42 U.S.C §1983

Plaintiff re-alleges and incorporate herein by reference all of the allegations above and further allege as follows:

12) The actions of the Defendant Moran and does 1-6, is a violation of 42 U.S.C. §1983 and entitles Mrs. Frandsen to an award of damages and full and actual attorney's fees pursuant to 42 U.S.C §1988.

13) The actions of Defendant S. Bradley Moran and Does 1-6, were acting under the color of state law and deprived Plaintiff of rights secured by the Constitution of the United States and/or federal statutes, specifically denial of her due process rights to her property right in her employment.


LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

Complaint for Violation of Constitutional Rights
Frandsen vs. University of Alaska Fairbanks
Case 4:20-cv-00016-JWS   Document 1   Filed 05/14/20   Page 4 of 6
Page 4 of 6

14) S. Bradley Moran acted through a custom of the University of Alaska in violating the Constitutional rights of Plaintiff.

## COUNT III- BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING

15) The University of Alaska has the obligation to treat Mrs. Frandsen in good faith. The University's action in discharging Mrs. Frandsen for alleged economic reasons is bad faith and entitles Mrs. Frandsen to reinstatement, back wages, damages for the loss of benefits, especially including reduced value of pension.

### DEMANDUM

16) Defendants owe Plaintiff the costs of bringing this action.

17) Defendants owe Plaintiffs the attorney fees provided by 42 U.S.C. §1988 and/or AS 23.10.110 and/or Alaska Civil Rule 82.

18) Whereof, Plaintiff prays that the court hear these important matters and, upon conclusion of doing so, issues an order awarding Mrs. Frandsen the appropriate damages as requested and other actions the court deems appropriate.



LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

Complaint for Violation of Constitutional Rights
Frandsen vs. University of Alaska Fairbanks
Case 4:20-cv-00016-JWS   Document 1   Filed 05/14/20   Page 5 of 6
Page 5 of 6

RESPECTFULLY SUBMITTED this 24th day of April 2020, at Fairbanks, Alaska.

LAW OFFICE OF KENNETH L. COVELL
                              Attorney for the Plaintiffs
                              By: s/Kenneth L. Covell
                                    Kenneth L. Covell, ABA 8611103
                                    712 Eight Avenue
                                    Fairbanks, Alaska 99701
                                    Phone: (907) 452-4377
                                    Fax:   (907) 451-7802
                                    E-mail: kcovell@gci.net
                                                          covelladmin@gci.net


LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

Complaint for Violation of Constitutional Rights
Frandsen vs. University of Alaska Fairbanks
Case 4:20-cv-00016-JWS   Document 1   Filed 05/14/20   Page 6 of 6
Page 6 of 6