# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| MICHELE FRANDSEN<br>*Plaintiff*<br>v.<br>UNIVERSITY OF ALASKA FAIRBANKS, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 4:20-cv-00016-JWS<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the plaintiff, Michele Frandsen, recover nothing of defendants, University of Alaska Fairbanks, et al., and the action be dismissed on the merits,

APPROVED:

**s/John W. Sedwick**
John W. Sedwick
United States District Judge

Date: May 18, 2021

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*